IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                              JUDGEMENT AND
                        Plaintiff,                           COMMITMENT ORDER

      v.

                                                             12-po-05-slc

TRAVIS C. WING,

                        Defendant.
_____

        On December 18, 2012, defendant Travis C. Wing, represented by counsel, entered a guilty plea to the charge of operating while under the influence of an intoxicant, second offense, as charged in Violation Number 3029829. We proceeded directly to sentencing and after hearing from the defendant and the attorneys for both sides, the court accepted the parties' joint recommendation, based primarily on the representations that Wing has undergone treatment at UW Health's Gateway Recovery Program and has committed to abstaining from alcohol.

        It is ORDERED that defendant Travis C. Wing is sentenced to the custody of the Bureau of Prisons for a term of five days. Wing is to self-report by noon on February 15, 2013 to the federally-contracted county jail designated by the BOP.

        It is FURTHER ORDERED that Wing forthwith shall pay the $10.00 special assessment to the clerk of this court.

        It is FURTHER ORDERED that Wing shall pay a $350 fine not later than January 18, 2013.

        It is FURTHER ORDERED that Wing's driver's license is suspended within the federal territorial and maritime jurisdiction of the United States for twelve months.

        It is FURTHER ORDERED that Wing is required to use an ignition interlock device for twelve months.

        This sentence serves the goals of general and specific deterrence, punishment of the defendant, and protection of the general public.

        Entered this 18th day of December, 2012.

                                                      BY THE COURT:

                                                      /s/
                                                      STEPHEN L. CROCKER
                                                      Magistrate Judge